CIPRIANO MANRIQUE, demandante y apelado, *v.* JOSÉ AGUSTÍN
DÍAZ, demandado, LUIS DE LA CRUZ Y EMILIO DÍAZ CAP-
BLANCA, fiadores apelantes.

No. 6050.—*Sometido:* Junio 6, 1932. *Resuelto:* Junio 15, 1932.

*C. Coll y Cuchí*, abogado de los apelantes; *R. Padró Parés*, abogado
del apelado.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión
del tribunal.

Es éste un recurso de apelación interpuesto contra una
resolución dictada por la Corte de Distrito de San Juan des-
pués de sentencia final en un procedimiento de tercería. No
tenemos a nuestra disposición una exposición del caso debi-
damente autorizada, sino copia certificada de ciertos autos en
el mencionado procedimiento de tercería. Resulta de dichos
autos que los fiadores apelantes Luis de la Cruz y Emilio
Díaz Capblanca presentaron una moción a la Corte de Dis-
trito de San Juan dentro del procedimiento de tercería, soli-
citando que se tuviese por no prestada la fianza por ellos sus-
crita a favor del tercerista Luis Amedée Bonet para levan-
tar el embargo en el caso civil de *Manrique* v. *Díaz.* Esta
moción fué declarada sin lugar por la corte. Más tarde se
dictó sentencia por la Corte de Distrito de San Juan contra
el tercerista y los mencionados fiadores. Esta sentencia, que
fué notificada a dichos fiadores, fué apelada por el tercerista,
y esta apelación fué desestimada por este Tribunal Supremo
con fecha 19 de enero de 1932. Luego de firme la sentencia,

se expidió orden de ejecución contra los fiadores por la Corte de Distrito de San Juan y los mencionados fiadores y apelantes presentaron una moción a la corte para que se dejase sin efecto la orden de ejecución y se declarasen nulas todas las actuaciones después de la sentencia dictada en 21 de octubre de 1931 y enmendada en 27 del mismo mes y año. La Corte de Distrito declaró sin lugar la moción de nulidad, y de esta resolución han apelado los fiadores ante este Tribunal, basándose única y exclusivamente en la cuestión relacionada con la nulidad.

Como se ve, los apelantes no plantean ante este tribunal una cuestión que haya surgido después de dictada la sentencia. La apelación se basa única y exclusivamente en no haber permitido la corte de distrito a dichos fiadores retirar la fianza despúes de autorizada por ellos. Alegaron los fiadores que la referida fianza no había sido aprobada por la corte y que por lo tanto tenían derecho a retirarla antes de ser aprobada.

Esta cuestión pudo haber sido discutida en la apelación promovida ante esta corte dentro del procedimiento de tercería. Los fiadores, a pesar de haber sido notificados de esta sentencia, y a pesar de haber sido la misma apelada por el tercerista, no realizaron ninguna gestión para plantear en apelación la cuestión resuelta por la corte de distrito. Y ahora que ha sido desestimada la apelación y que es firme la sentencia, solicitan la nulidad de la orden de ejecución basados en una cuestión que fué suscitada y resuelta por la corte inferior dentro del procedimiento de tercería. Se interesa que nosotros resolvamos en la apelación de la resolución declarando sin lugar la moción de nulidad, una cuestión que los fiadores pudieron haber discutido ante esta corte en la apelación que se promovió contra la sentencia dictada por la corte de distrito en el mencionado procedimiento de tercería. Esta corte no puede resolver, en virtud de una resolución interpuesta contra una resolución dictada después

de sentencia final, cuestiones que han sido resueltas antes de dictarse dicha sentencia y que pudieron haberse planteado ante este Tribunal mediante un recurso de apelación contra la referida sentencia. Los fiadores tuvieron su oportunidad y no la aprovecharon. La sentencia apelada por el tercerista fué desestimada, y siendo firme en la actualidad las cuestiones allí resueltas, no pueden reproducirse en este recurso contra una resolución de la corte inferior negándose a decretar la nulidad de la orden de ejecución de sentencia librada contra los referidos fiadores. Si se autorizara esta práctica que los apelantes utilizan, los pleitos se prolongarían indefinidamente y no serían nunca resueltos en definitiva.

*Por las razones expuestas se declara con lugar la moción y se desestima el recurso de apelación interpuesto por los fiadores Luis de la Cruz y Emilio Díaz Capblanca.*